173 A.3d 598

JOSHUA HAINES, PLAINTIFF, v. JACOB W. TAFT, BONNIE L. TAFT, JOINTLY, SEVERALLY AND/OR IN THE ALTERNA-TIVE, DEFENDANTS, AND JOHN MCHENRY, DEFENDANT. TUWONA LITTLE, PLAINTIFF–RESPONDENT, v. JAYNE NISHIMURA, DEFENDANT–PETITIONER.

C–297 September Term 2017
079600

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–5503–14 and A–727–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.